```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
ERMA SMITH,                     :
                                :
                Plaintiff,      :
                                :
        - v. -                  :
                                :        ORDER
MICHAEL J. ASTRUE,              :        05 Civ. 9584 (LAK)(FM)
Commissioner of                 :
Social Security,                :
                                :
                Defendant.      :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/24/9

ORIGINAL

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on April 28, 2006, and

WHEREAS, on July 18, 2008, the Commissioner issued a favorable decision on plaintiff's application for benefits;

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York
       September 24, 2009

                                    _____
                                    United States District Judge